UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 8:13-cv-00467-VMC-TBM |
| v. | ) |
| JOHN DOE subscriber assigned IP address 96.254.190.42, | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO IDENTIFY DEFENDANT BY NAME**

Plaintiff, Malibu Media, LLC, moves for entry of an order allowing Plaintiff to identify Defendant by name in its Amended Complaint, and states:

1. This is a copyright infringement case originally against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On March 13, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Verizon Internet Services, to obtain the Defendant's identifying information [CM/ECF 7]. Plaintiff issued the subpoena on March 30, 2013, and received the ISP's response on May 6, 2013.

3. On May 17, 2013, pursuant to the Court's March 13, 2013 Order, Plaintiff notified Defendant of its intent to name Defendant in its Amended Complaint and serve Defendant with process no sooner than 14 days from the date of the notice, and filed a Notice of Intent to Serve Defendant with the Court [CM/ECF 8]. Defendant's deadline to object to Plaintiff's Notice was May 31, 2013.

1

4. Over one month has passed since the Defendant was notified of Plaintiff's intent to serve. To date, Defendant has failed to respond or otherwise object to Plaintiff's notice. Indeed, Defendant has not communicated with Plaintiff at all.

5. Plaintiff now needs to obtain a summons, serve Defendant and proceed with the case.

WHEREFORE, Plaintiff respectfully requests that the Court allow Plaintiff to identify the Defendant by name so that it may proceed with the case. A proposed order is attached for the Court's convenience.

Dated: July 10, 2013

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*