UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 8:13-cv-00467-VMC-TBM |
| v. | ) |
| PRAS KULKARNI, | ) |
| Defendant. | ) |

PLAINITFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF PRAS KULKARNI

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant, Pras Kulkarni ("Defendant") from this action without prejudice. Pursuant to Fed. R. Civ. P 41 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 18, 2013

                                                                Respectfully submitted,

                                                                By: /s/ *M. Keith Lipscomb*
                                                                 M. Keith Lipscomb (429554)
                                                                klipscomb@lebfirm.com
                                                                LIPSCOMB EISENBERG & BAKER, PL
                                                                One Biscayne Tower
                                                                2 South Biscayne Blvd.
                                                                Penthouse 3800
                                                                Miami, FL 33131
                                                                Telephone: (786) 431-2228
                                                                Facsimile:  (786) 431-2229
                                                                *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*